IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN  VEGA SANTIAGO

XXX-XX-0894

                        Debtor(s)

CASE NO. 07-00533 BKT

Chapter 13

FILED & ENTERED ON 04/15/2011

ORDER

    Debtor's motion to convert Chapter 13 case to a case under Chapter 7 (docket #41) is hereby granted as unopposed.

    IT IS SO ORDERED.

    San Juan, Puerto Rico this 15 day of April, 2011.

                                        Brian K. Tester
                                   U.S. Bankruptcy Judge